AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Henge Docks LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10CV407 |
| Olympic Controls Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Henge Docks LLC .

Date: 05/15/2010

/Benjamin E. Maskell/
*Attorney's signature*

Benjamin E. Maskell 78,791
*Printed name and bar number*

888 N. Quincy St.
Suite 701
Arlington, Va 22203
*Address*

Ben.Maskell@HengeDocks.com
*E-mail address*

(703) 568-4523
*Telephone number*

*FAX number*