UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| HENGE DOCKS LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:10CV407 |
| OLYMPIC CONTROLS CORPORATION, | * | |
| Defendant. | * | |

## ORDER TO DISMISS WITH PREJUDICE

THIS MATTER COMES before me upon the Joint Motion to Dismiss with Prejudice of Benjamin E. Maskell, Counsel for the Plaintiff, HENGE DOCKS LLC and Craig C Reilly, Counsel for the Defendant, OLYMPIC CONTROLS CORP, to dismiss this action with prejudice, it is this 26th day of Aug, 2010, by the Untied States District Court for the Eastern District of Virginia, Alexandria Division; it is therefore

ORDERED, that the Motion to Dismiss with Prejudice is hereby GRANTED.

_____
JUDGE /s/
Liam O'Grady
United States District Judge